1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10

11   KATHY M. MASON,                  )      NO. CV 15-5712-E
                                       )
12                  Plaintiff,         )
                                       )
13        v.                           )          **JUDGMENT**
                                       )
14   CAROLYN W. COLVIN, Acting         )
     Commissioner of Social Security,  )
15                                     )
                                       )
16                  Defendant.         )
     _____)
17

18

19        IT IS HEREBY ADJUDGED that Defendant's motion for summary

20   judgment is granted and judgment is entered in favor of Defendant.

21

22          DATED: March 16, 2016.

23

24                                  _____/s/_____
                                          CHARLES F. EICK
25                                  UNITED STATES MAGISTRATE JUDGE

26

27

28